Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO PICKENS, | Case No. CV 07-1889-AG (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| R.K. WONG, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: MARCH 29, 2008.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\PICKENS, A 1889\Judgment.wpd